# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:06-CR-21 |
| | ) (PHILLIPS/GUYTON) |
| TERRY D. JONES, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court upon defendant Terry D. Jones' motion to substitute counsel [Doc. 16]. Defendant filed this motion pro se. Because defendant is represented by counsel, defendant's motion is **DENIED.**

IT IS SO ORDERED.

ENTER:

s/Thomas W. Phillips
UNITED STATES DISTRICT JUDGE