UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 3:06-CR-21 |
| | ) | (PHILLIPS/GUYTON) |
| TERRY JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court for consideration of Defendant's Motion for Continuance of Motion Deadline [Doc. 45].

Defendant's motion [Doc. 45], asks the Court to extend Defendant's motion deadline to March 23, 2007. In support of the motion, Defendant notes that a superceding indictment was entered on February 21, 2007. [Doc. 40]. At the February 23, 2007 suppression hearing and arraignment on the superceding indictment, this Court set a motion deadline of March 9, 2007, with responses due by March 16, 2007. [Doc. 43]. Additionally, Defendant was given until March 30, 2007 to file his post-hearing brief. Defendant further avers that the case is complex and the investigation ongoing. Therefore, Defendant moves that the motion deadline be extended to March 23, 2007, with any responses due by April 6, 2007.

Accordingly, the Court finds that Defendant's Motion for Continuance of Motion Deadline [Doc. 45] is well taken and is **GRANTED**. Defendant's motions are due on or before **March 23, 2007**. The Government's response deadline is reset to **April 6, 2007**.

**IT IS SO ORDERED.**

                **ENTER:**

                 s/ H. Bruce Guyton
                United States Magistrate Judge