IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA, )
 )
 Plaintiff, )
 )
 v. ) No. 3:06-CR-21
 ) (PHILLIPS/GUYTON)
TERRY DENNIS JONES, )
 )
 Defendant. )

**MEMORANDUM AND ORDER**

At the outset of the February 23, 2007 hearing on the defendant's Motion to Suppress [Doc. 30], the government orally moved the Court to decide the matter on the pleadings, and forego the hearing. The defendant opposed the motion. The Court determined to proceed with the hearing, which was held at that time. Accordingly, the government's oral motion that the Court decide the defendant's Motion To Suppress [Doc. 30] solely on the pleadings is **DENIED.**

**IT IS SO ORDERED.**

**ENTER:**

　　　s/ H. Bruce Guyton　　
United States Magistrate Judge